JS-6

THOMAS E. SHUCK, ESQ., SBN 16228
MICHAEL B. MELLEMA, ESQ., SBN 247323
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:   (213) 683-6500
Facsimile:    (213) 683-6669
E-mail: tshuck@pmcos.com

Attorneys for Plaintiff,
TEXTRON FINANCIAL CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>LLOYD'S MATERIAL SUPPLY COMPANY, INC., a California corporation f/d/b/a, and successor to CALIFORNIA ACRYLIC INDUSTRIES, INC., a California corporation,<br><br>Defendant. | Case No.:   CV09-2011 GAF (SSx)<br>Judge:        Gary A. Feess<br><br>[Consolidated with: CV-09-2112 PSG (FFMx)]<br><br>**ORDER ON STIPULATED, CONDITIONAL DISMISSAL**<br><br>[F.R.C.P. 41(a)(1)(A)(ii) and (2)] |
| And Related Counterclaims. | |

///
///
///
///
///
///
///

**ORDER ON STIPULATED, CONDITIONAL DISMISSAL OF THE ENTIRE ACTION**

354149

1 **ORDER**

2 Having reviewed the Parties' Stipulated Conditional Dismissal and good cause

3 appearing,

4 **IT IS HEREBY ORDERED**, that Defendant's counterclaims shall and hereby are

5 dismissed with prejudice.  Plaintiff's Complaint is hereby dismissed without prejudice.

6 This Court shall retain jurisdiction to enter a judgment on Plaintiff's ex parte application

7 with accompanying declaration of Plaintiff's counsel confirming that a default has

8 occurred in the Parties' Settlement, and that judgment may therefore be entered.

9 **IT IS SO ORDERED.**

10 DATED: OCTOBER_21, 2009

HON. GARY A. FEESS,
UNITED STATES DISTRICT JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 2 -

**ORDER ON STIPULATED, CONDITIONAL DISMISSAL OF THE ENTIRE ACTION**

354149